**UNITED STATES CABINET BED COMPANY, Appellant, v. NEW ENGLAND BEDDING COMPANY, Appellee.**

No. 74.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1938.

Gustav Drews, of New York City (Hans v. Briesen, of New York City, of counsel), for appellant.

Jeffroy J. Lewin, of Long Island City, N. Y. (Robert J. Keating, of Boston, Mass., of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree on authority of Davega, Inc., v. Lincoln Furniture Mfg. Co., 2 Cir., 29 F.2d 164.

**John E. ZIMMERMANN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 6759.

Circuit Court of Appeals, Third Circuit.

Jan. 20, 1939.

Henry S. Drinker, Jr., Frederick E. S. Morrison, and Drinker, Biddle & Reath, all of Philadelphia, Pa., for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and John J. Pringle, Jr., Sp. Assts. to Atty. Gen., for respondent.

Before BUFFINGTON and DAVIS, Circuit Judges, and DICKINSON, District Judge.

PER CURIAM.

The order of redetermination of the Board of Tax Appeals is hereby set aside on the authority of the case of United States, Petitioner, v. Frederick Pleasants, 59 S.Ct. 281, 83 L.Ed. ——, decided January 3, 1939, and the cause is remanded to the Board of Tax Appeals to redetermine the tax in accordance with the opinion of the Supreme Court in the Pleasants Case.